JAMES R. TOMLINSON *against* BURKE and CLARKE.

In an action brought by a firm, it is necessary to set out in the state of demand and proceedings, the christian names of the individuals composing the partnership, or the judgment will be reversed.

This was a *certiorari* brought to reverse a judgment of a justice rendered against Tomlinson, the defendant below, in his absence upon a state of demand, in the name of " Burke and Clarke, plaintiffs," without stating the christian names of the plaintiffs and setting forth that the defendant owed the plaintiffs on a note of hand, &c., &c. The transcript, and all the proceedings in the cause were in the name of " Burke and Clarke."

*W. Halsted* moved to reverse the judgment, because the christian names of the individuals composing the firm of Burke and Clarke, were not set forth, either in the state of demand or the transcript.

*Hamilton,* contra, said, that there was no evidence before the court to shew, that Burke and Clarke had any christian names, or to shew that the words Burke and Clarke did not compose the name of only one individual. The note also upon which the action was brought, was drawn payable to Burke and Clarke without stating any christian names.

CH. JUSTICE. The reason assigned for the reversal is sufficient. There are several decisions in point.

Let the judgment be reversed.